Julian Scott ESPARZA,
Plaintiff–Appellant,

v.

C.J. VALLUZO; McDonald's Corporation, Defendants–Appellees.

No. 05–30727.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 2, 2006.

Julian Scott Esparza, Baton Rouge, LA, pro se.

Before REAVLEY, WIENER and DENNIS, Circuit Judges.

PER CURIAM: *

Julian Scott Esparza appeals the dismissal of his *in forma pauperis* (IFP)

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be

action against his employer, the McDonald's Corporation, and several individuals as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) for frivolity and for failure to state a claim, respectively. Reviewing the dismissal as frivolous for an abuse of discretion and the dismissal for failure to state a claim de novo, *Geiger v. Jowers*, 404 F.3d 371, 373 (5th Cir.2005), we affirm for the following reasons:

1. Esparza's hand-written complaint, much like his briefing to this court, borders on unintelligible. The magistrate judge properly conducted a hearing to permit Esparza to explain his allegations pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). Esparza's explanation revealed that he was not happy with the limited number of shift hours he was scheduled to work as a hamburger cook, but that he had no evidence of any guarantee of a certain number of work hours nor of any discrimination against him on the part of McDonald's or his supervisors.

2. We agree with the magistrate that Esparza's pleadings in this action and explanation at the *Spears* hearing collectively fail to show that his IFP action has an arguable basis in law or fact. *Geiger*, 404 F.3d at 373.

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.